**HARVEST INSTITUTE FREEDMAN FEDERATION, Black Indians United Legal Defense Fund, and William Warrior, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5036.

United States Court of Appeals, Federal Circuit.

Feb. 26, 2009.

ON MOTION

*ORDER*

Harvest Institute Freedman Federation et al. move without opposition (1) for leave to file the joint appendix out of time, with appendix attached, and (2) for reconsideration of the court's December 31, 2008 order dismissing the appeal for failure to file the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted, the mandate is recalled, and the appeal is reinstated.